IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**ROBERT HENLEY**

*Plaintiff*,

v.

**DASCOM SYSTEMS GROUP, LLC**

*Defendant*.

Civil Action No.: 1:13-cv-00699-JFM

* * * * * * * * * * * * *

## NOTICE OF DISMISSAL

Plaintiff, Robert Henley, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the above-captioned proceeding with prejudice. Defendant, Dascom Systems Group, LLC, has not served an answer or a motion for summary judgment.

Respectfully submitted,

   /s/
Todd M. Reinecker (Fed. Bar No. 27082)
Joshua J. Gayfield (Fed. Bar No. 29189)
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

*Attorneys for Plaintiff,*
*Robert Henley*